# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tobias Hetland, | NO. CV-21-00487-PHX-MTL |
| Plaintiff, | |
| v. | DEFAULT JUDGMENT |
| Patrick Hirsch, et al., | |
| Defendants. | |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendants Patrick Hirsch d/b/a Outlaw Roadside Service and Patrick and Unknown Hirsch (named as Jane Doe Hirsch). Plaintiff Tobias Hetland is awarded $32,209.80 plus reasonable attorneys' fees and costs and post-judgment interest at the applicable statutory rate in compensatory damages against the Hirsches, jointly and severally. This matter is hereby terminated.

Debra D. Lucas
District Court Executive/Clerk of Court

March 4, 2022

By   s/ L. Dixon
     Deputy Clerk